AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# United States District Court
SOUTHERN DISTRICT OF INDIANA

### JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| CARL RISING-MOORE,<br>        Plaintiff, | )<br>)<br>) |
| vs. | )    CASE NUMBER: IP  1:03-CV-1813-SEB-VSS |
| CITY OF INDIANAPOLIS and THOMAS WILSON,<br>        Defendant. | )<br>)<br>) |

☒ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff.

03/31/2006
Date

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana